# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00389-CR

---

**Juan Gamez, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE COUNTY COURT AT LAW NO. 9 OF TRAVIS COUNTY**
**NO. C-1-CR-24-207353, THE HONORABLE KIM WILLIAMS, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

A jury found appellant Juan Gamez, Jr. guilty of indecent exposure, a class B misdemeanor. *See* Tex. Penal Code § 21.08. The trial court sentenced appellant to one hundred days' confinement in the Travis County Jail.

Appellant's court-appointed attorney has filed a motion to withdraw supported by a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California* by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See* 386 U.S. 738, 744 (1967); *Garner v. State*, 300 S.W.3d 763, 766 (Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75, 81–82 (1988). Appellant's counsel has certified to this Court that he sent copies of the motion and brief to appellant, advised appellant of his right to examine the appellate record and file a pro se response, and provided a motion to assist appellant in obtaining the record.

*See Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014); *see also Anders*, 386 U.S. at 744.  To date, no pro se response has been filed.

We have conducted an independent review of the record, including the record of the proceedings below and appellate counsel's brief, and find no reversible error.  *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766; *Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005).  We agree with counsel that the record presents no arguably meritorious grounds for review, and the appeal is frivolous.

Counsel's motion to withdraw is granted.  The trial court's judgment of conviction is affirmed.

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Crump, and Ellis

Affirmed

Filed:   September 30, 2025

Do Not Publish

2